**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**Andre Bailey,**

**Plaintiff,**

**v.**

**Shelie Smith, *et al.*,**

**Defendants.**

**Case No. 2:26-cv-870**

**Judge Michael H. Watson**

**Magistrate Judge Vascura**

# ORDER

Andre Bailey ("Plaintiff") brings this prisoner civil rights suit without the assistance of counsel. Compl., ECF No. 1. However, Plaintiff has neither paid the filing fee nor moved for leave to proceed *in forma pauperis*, so the Magistrate Judge issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the case with prejudice for failure to prosecute. R&R, ECF No. 5. The R&R notified Plaintiff of his right to object to that recommendation and of the consequences of failing to do so. *Id.* at 3. He did not object.

Accordingly, the Court **ADOPTS** the R&R without conducting a *de novo* review and **DISMISSES WITH PREJUDICE** the Complaint pursuant to Federal Rule of Civil Procedure 41(b), for failure to prosecute.

**IT IS SO ORDERED.**

**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**